B1 (Official Form 1) (4/10)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Pearland Sunrise Lake Village I, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **dba SRLVI** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-2914226** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **9415 Broadway, Pearland, TX** ZIP CODE **77584** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Burnet** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **10516 FM 1431 East, Marble Falls, TX** ZIP CODE **78654** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.63.3, ID 2494344199)*

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Pearland Sunrise Lake Village I LP** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br> Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition
*(This page must be completed and filed in every case)*

| | |
|---|---|
| **B1 (Official Form 1) (4/10)** | **Page 3** |

Name of Debtor(s): **Pearland Sunrise Lake Village I LP**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Frank B. Lyon**

**Frank B. Lyon**       Bar No. **12739800**

**Frank B. Lyon - Attorney at Law**
**6836 Austin Center Blvd.**
**Suite 150**
**Austin, Texas 78731**

Phone No. **(512) 345-8964**     Fax No. **(512) 345-4393**

07/09/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Pearland Sunrise Lake Village I, LP**

X **/s/ By PSLVI GP, LLC by J. Carlew & F.Ausmus**
Signature of Authorized Individual

**By PSLVI GP, LLC by J. Carlew & F.Ausmus**
Printed Name of Authorized Individual

**Managers**
Title of Authorized Individual

**07/09/2010**
Date

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.63.3, ID 2494344199)*

**Signature of Co-Attorney***

**X /s/ Steve Hurst**
    Steve Hurst                                          Bar  No. 10316800

**Steve Hurst - Attorney at Law**
**The Hurst Law Firm, PLLC**
**PO Box 1540**
**Marble Falls, TX 78654-7540**

**Phone No. (830)693-3344**           Fax No: **(830)798-9194**

    **July 9, 2010**
    **Date**

***In a case which §707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: **Pearland Sunrise Lake Village I LP**  CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 07/09/2010

Signature /s/ By PSLVI GP, LLC by J. Carlew & F.Ausmus
*By PSLVI GP, LLC by J. Carlew & F.Ausmus*
*Managers*

Date _____

Signature _____

Debtor(s): **Pearland Sunrise Lake Village I LP**  Case No:  **WESTERN DISTRICT OF TEXAS**
Chapter: **11**  **AUSTIN DIVISION**

AM Tech Elevator Services
PO Box 730437
Dallas, TX 75373-0437

Earl Kirkland
3206 Bruno Way
Pearland, TX 77584

IRS
Special Procedures Staff
300 E 8th Street
Stop 5022 AUS
Austin, TX 78701

Brenton J. Allison
Gilman & Allison
9307 Broadway - Suite 407
Pearland, TX 77584

Filter Services
4560 W. 34th St., Ste. B
Houston, TX 77092

John R. Carlew
10516 FM 1431 East
Marble Falls, TX 78654

C.A. Garrard Company
19948 #B Highway 35
Alvin, TX 77511

Fire Safe Protection Services,
PO Box 3264
Houston, TX 77253-3264

John Wesley Wauson
Wauson & Probus
One Sugar Creek Center Blvd. #8
Sugar Land, TX 77478

Cemex Construction Materials, L
41 N. Sam Houston Pkwy. East, S
Houston, TX 77060

Fire Tech Services Co.
16511 Hedgecroft, Suite 210
Houston, TX 77060

Katrina Williams
1306 Canterview Drive
Houston, TX 77048

Centerline Capital Group
Attention: Kathy Patterson
5521 N. O'Connor Blvd. Suite 60
Irving, TX 75039

Francis I. Spagnoletti
Spagnoletti & Company
401 Louisiana, 8th Floor
Houston, TX 77002

Meritax, LLC
14800 Landmark Blvd.
Suite 550
Dallas, TX 75254

City of Pearland
PO Box 268
Pearland, TX 77588-2068

Franklin Fidelity Communication
PMB 296
3910 Fairmont Pkwy, Suite J
Pasadena, TX 77504

Nationwide Insurance
PO Box 514540
Los Angeles, CA 90051-4540

Cory Davis Contracting
957 Nasa Parkway Suite #202
Houston, TX 77058

Frisch Contracting Group, Inc.
5868 Westheimer, Suite 240
Houston, TX 77057

O'Conner Commercial Tax Divisio
2200 North Loop West, Suite 200
Houston, TX 77081

CrossCheck
Attention: Gary Baca
540 El Dorado St. Suite 201
Pasadena, CA 91101

Hewitt Air Tex, Inc.
15520 Lee Rd., Suite A
Humble, TX 77396

Pronote, Inc.
PO Box 4479
Houston, TX 77210-4479

Direct Energy
1001 Liberty Ave.
Pittsburgh, PA 15222

Imperial/City National Bank
PO Box 60938
Los Angeles, CA 90060-0938

Robert's Property Tax, LLC
PO Box 920817
Houston, TX 77292-0817

Douglas T.Gilman
Gilman & Allison
9307 Broadway-Suite 407
Pearland, TX 77584

Internal Revenue Service
PO Box 9941
Stop 5300
Odgen, UT 84409-0941

T T Eifs & Plaster, LLC
4214 Mangum Rd.
Houston, TX 77092

```
Tejas Materials, Inc.
1902 Weber
Houston, TX 77007


Texas First Fidelity
350 Hickory Creek Rd
Marble Falls, TX 78654


The Republic Group
PO Box 660270
Dallas, TX 75266-0270


ThyssenKrupp Elevator Corporati
14820 Tomball Pkwy, Suite 190
Houstin, TX 77080


Unisource Worldwide, Inc.
850 N. Arlington Heights, Rd.
Itsca, IL 60143


VFP Fire Systems
5041 Spencer Hwy, Suite 803
Pasadena, TX 77505


Wayne Ausmus
10516 FM 1431 East
Marble Falls, TX 78654


William L. H. Morgan, Jr., CPA
12815 Gulf Freeway
Houstn, TX 77034


Xcess Security Services, Inc.
8325 Broadway, Suite 202 PMB3
Pearland, TX 77581
```