B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: Pearland Sunrise Lake Village I LP    Case No. 10-11926

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Centerline Capital Group<br>Attention: Kathy Patterson<br>5521 N. O'Connor Blvd. Suite 600<br>Irving, TX 75039 | | Fee Simple | | $13,650,000.00<br>Value: $8,471,129.00 |
| Gilman & Allison<br>c/o Brenton J. Allison, Douglas Gilman,<br>J.W. Wauson, F. Spagnoletti, M Phillips<br>9307 Broadway - Suite 407 | | Non-Purchase Money | Contingent<br>Unliquidated<br>Disputed | $785,330.19 |
| John R. Carlew<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | | Non-Purchase Money | | $710,620.36 |
| Sumsua Interests, Ltd.<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | | Non-Purchase Money | | $700,620.32 |
| CrossCheck<br>Attention: Gary Baca<br>540 El Dorado St. Suite 201<br>Pasadena, CA 91101 | | Non-Purchase Money | Contingent<br>Unliquidated<br>Disputed | $120,120.00 |
| O'Conner Commercial Tax Division<br>2200 North Loop West, Suite 200<br>Houston, TX 77081 | | Non-Purchase Money | | $43,987.91 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: Pearland Sunrise Lake Village I LP  
Case No. 10-11926  
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
Continuation Sheet No. 1

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Cemex Construction Materials, LP<br>41 N. Sam Houston Pkwy. East, Suite 550<br>Houston, TX 77060 | | Non-Purchase Money | | $29,753.95<br>Value: $0.00 |
| Robert's Property Tax, LLC<br>PO Box 920817<br>Houston, TX 77292-0817 | | Non-Purchase Money | | $27,406.52 |
| Direct Energy<br>1001 Liberty Ave.<br>Pittsburgh, PA 15222 | | Non-Purchase Money | | $26,744.38 |
| Cory Davis Contracting<br>957 Nasa Parkway Suite #202<br>Houston, TX 77058 | | Non-Purchase Money | | $24,625.00 |
| T T Eifs & Plaster, LLC<br>4214 Mangum Rd.<br>Houston, TX 77092 | | Non-Purchase Money | | $13,385.00 |
| Old Spring Glass<br>20710 Sunshine Lane<br>Spring, TX 77388 | | Non-Purchase Money | | $9,669.45 |
| Nationwide Insurance<br>PO Box 514540<br>Los Angeles, CA 90051-4540 | | Non-Purchase Money | | $9,240.95 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: Pearland Sunrise Lake Village I LP  
Case No. 10-11926  
Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ThyssenKrupp Elevator Corporation<br>14820 Tomball Pkwy, Suite 190<br>Houstin, TX 77080 | | Non-Purchase Money | | $8,030.50 |
| Hewitt Air Tex, Inc.<br>15520 Lee Rd., Suite A<br>Humble, TX 77396 | | Non-Purchase Money | | $5,855.25 |
| Page Partners<br>2700 Post Oak Blvd. Suite 325<br>Houston, TX 77056 | | Non-Purchase Money | | $5,724.00 |
| J.B. Contractors & Development, LLC<br>PO Box 3443<br>Pearland, TX 77588 | | Purchase Money | | $4,844.84<br>Value: $0.00 |
| City of Pearland<br>PO Box 268<br>Pearland, TX 77588-2068 | | Non-Purchase Money | | $4,519.84 |
| C.A. Garrard Company<br>19948 #B Highway 35<br>Alvin, TX 77511 | | Non-Purchase Money | | $2,850.00 |
| Pronote, Inc.<br>PO Box 4479<br>Houston, TX 77210-4479 | | Non-Purchase Money | | $2,805.21 |

United States Bankruptcy Court
Western District of Texas
Austin Division

IN RE: Pearland Sunrise Lake Village I, LP          Case No. 10-11927

Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
Continuation Sheet No. 3

DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the General Partner of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: July 19, 2010          Signatures: /s/PSRLV I, GP, LLC, /s/J.Carew & /s/F. Ausmus
                                         by PSRLV 1 GP, LLC-J Carew & F Ausmus