In re  **Pearland Sunrise Lake Village I LP**                      Case No.  **10-11926**

                                                                                   (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest In Property | | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Sunrise Lake Village, Block, 1, Lot Reserve A Sunrise Lake Village, Block 1, Lot Reserve A, Acres 1.01<br><br>2752 Sunrise Blvd.<br>Pearland, TX<br><br>Values are all based upon Brazoria CAD appraised values | Fee | | $779,298.00 | $13,650,000.00 |
| Sunrise Lake Village, Block 1 Sunrise Lake Village, Block 1, Lot Reserve B, Acres 1.80<br>2734 Sunrise Blvd.<br><br>Values are all based upon Brazoria CAD appraised values | Fee | | $5,288,612.00 | $13,650,000.00 |
| Sunrise Lake Village, Block 1, Lot Reserve C Sunrise Lake Village, Block 1, Lot Reserve C, Acres 2.98<br><br>9415 Broadway<br>Pearland, TX<br><br>Values are all based upon Brazoria CAD appraised values | Fee | | $2,403,219.00 | $13,650,000.00 |

                                                                    Total:   **$8,471,129.00**

                                                           (Report also on Summary of Schedules)

In re  **Pearland Sunrise Lake Village I LP**                    Case No.  __10-11926_____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank | | $111.80 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

In re  **Pearland Sunrise Lake Village I LP**                    Case No.  **10-11926**
                                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank | | $111.80 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Pearland Sunrise Lake Village I LP**                    Case No.  **10-11926**
                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Tenant Rent and NNN (includes A/R in litigation for Aloha and Melly's) See Attachment for breakdown | | $120,477.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Nationwide lawsuit proceeds exclusive of attorney fees dispersed without written authorization from owners | | $901,382.98 |

SRLV I
PuSt
AIR

Aged Receivables Summary
Sunrise Lake Village, LP (_srlvLLP)
As of mm/yy: Jul 2010

| Code | Name | Unit | Amount Receivable | Not Yet Due | 0-30 Days | 30-60 Days | 60-90 Days | Over 90 Days | Available Prepay | |
|------|------|------|-------------------|-------------|-----------|------------|------------|--------------|---------|---|
| amigos | Amigos Pearla | A-101 | 38,916.00 | 0 | 0 | 0 | 0 | 38,916.00 | | 0 |
| Melly's | Mendieta Ente | A-101 | 831,989.67 | 0 | 0 | 0 | 0 | 831,989.67 | | 0 |
| Samsboat | Aloha Restaur: | A-101 | 21,109.41 | 0 | 0 | 0 | 0 | 21,109.41 | | 0 |
| Elite | Elite FootCare | B-101 | 269.23 | 0 | 0 | 0 | 269.23 | 0 | | 0 |
| Accup04 | Acupuncture | B-201 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| angel | Angel Stewart | B-201 | 2,881.07 | 0 | 0 | 0 | 0 | 2,881.07 | | 0 |
| katrina | Katrina Willian | B-201 | 0.1 | 0 | 0 | 0 | 0 | 0.1 | | 0 |
| faith | Jeffrey Achane | B-202 | 7,339.04 | 0 | 3,669.52 | 3,669.52 | 0 | 0 | | 0 |
| HousePry | Houston House | B-202 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| LaserDer | Laser Dermat | B-204 | 2,415.00 | 0 | 0 | 0 | 0 | 2,415.00 | | 0 |
| tmas.cpa | Clay Thomas, | B-400 | 8,330.40 | 0 | 0 | 0 | 0 | 8,330.40 | | 0 |
| Frankl04 | Management, | B-402 | 4,111.36 | 0 | 0 | 0 | 0 | 4,111.36 | | 0 |
| C&S | C & S Asphalt | B-404 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| FrklnCom | Franklin Comn | B-404 | 45,203.44 | 0 | 0 | 0 | 0 | 45,203.44 | | 0 |
| Bstbuy | Stephanie Ste | B-406 | 268.81 | 0 | 0 | 0 | 0 | 268.81 | | 0 |
| D&BCon | D & B Consulti | B-408 | 7,366.81 | 0 | 0 | 0 | 0 | 7,366.81 | | 0 |
| jakegril | Jake's Grill | C-101 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| KennedyK | Kennedy's Klo | C-105 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| NXSG | NXS Games | C-105 | 11,632.65 | 0 | 0 | 0 | 0 | 11,632.65 | | 0 |
| bbqhut | Barbecue Hut | C-109 | 2,450.00 | 0 | 0 | 0 | 0 | 2,450.00 | | 0 |
| Piccomol | Piccomolo-Old | C-109 | 11,355.10 | 0 | 0 | 0 | 0 | 11,355.10 | | 0 |
| PicomloA | Piccomolo's | C-109 | 19,355.69 | 0 | 0 | 0 | 0 | 19,355.69 | | 0 |
| moke04 | Kanak, LLC db | C-111 | 34,362.03 | 0 | 0 | 0 | 8,735.77 | 25,626.26 | | 0 |
| Goldn04 | Golden Star D | C-115 | 848.33 | 0 | 0 | 0 | 0 | 848.33 | | 0 |
| creole | Guillory's Crec | C-117 | 5,719.40 | 0 | 5,719.40 | 0 | 0 | 0 | | 0 |
| philly | Philly Connect | C-117 | 2,476.40 | 0 | 0 | 0 | 0 | 2,476.40 | | 0 |
| SaGo1 | Sa-Go Tapioca | C-117 | 22,805.85 | 0 | 0 | 0 | 2,923.53 | 19,882.32 | | 0 |
| NuContou | Contours Inve | C-121 | 35,674.45 | 0 | 0 | 0 | 0 | 35,674.45 | | 0 |
| Rennai04 | Renaissance E | C-205 | 50,456.22 | 0 | 0 | 0 | 0 | 50,456.22 | | 0 |
| urbfinl | Urban Financi | C201/203 | 21,492.48 | 0 | 0 | 0 | 0 | 21,492.48 | | 0 |
| wright2 | Wright's Music | C201/203 | 1,500.00 | 0 | 1,500.00 | 0 | 0 | 0 | | 0 |
| yogap4 | Yoga Port | C201/203 | 96,936.00 | 0 | 0 | 0 | 0 | 96,936.00 | | 0 |
| | | | 1,287,264.94 | 0 | 10,888.92 | 3,669.52 | 11,928.53 | 1,260,777.97 | | 0 |

SRLV I
Current
AIR

| Code | Name | Unit | Amount Available Receivable | Not Yet Due | 0-30 Days | 30-60 Days | 60-90 Days | Over 90 Days | Prepay |
|---|---|---|---|---|---|---|---|---|---|
| murratmp | J. Michael Murray | B-101 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Firsta | J.B. Leach and Associates, PLLC | B-103 | 2,945.82 | 0.00 | 0.00 | 0.00 | 0.00 | 2,649.52 | 296.30 |
| hopetmp | Hope Corkran | B-201 | 45.12 | 0.00 | 45.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| DHI03 | DHI Title of Central Texas | B-203 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| EuSalon | Euphoria Salon | B-204 | 3,405.42 | 0.00 | 70.02 | 1,280.38 | 543.03 | 1,511.99 | 0.00 |
| kwilms | Keller Williams Realty | B-208 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Klyemose | Dr. Kyle Moses | B-301 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bonavent | Dr. Gina Bonaventura, DDS, PA | B-302 | 573.97 | 0.00 | 0.00 | -35.00 | 608.97 | 0.00 | -35.00 |
| Univar | Univar USA, Inc. | B-303 | 3.27 | 0.00 | 0.00 | 0.00 | 0.00 | 3.27 | 3.27 |
| TIG | Turner Industries Group, LLC | B-400 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| deleon | George W. DeLeon, MD PA | B-402 | 154.96 | 0.00 | 154.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| totaltmp | Guidry, Butler & Johnson | B-404 | 526.03 | 0.00 | 526.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| jpowell | John Powell III, PC | B-406 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| apontmp | Dr. Aponte and Dr. Harney | B-408 | 1,760.40 | 0.00 | 1,760.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| juicy | Hot N Juicy, Inc | C-101 | 0.10 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 |
| farmins | Farm Bureau Insurance | C-105 | 449.07 | 0.00 | 0.00 | 0.00 | 449.07 | 0.00 | 0.00 |
| Fendi04 | Deluxe Nails | C-107 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 518hair | 518 Hair Studios | C-109 | 126.96 | 0.00 | 126.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| luigis | Luigi's Pizza & Italian Restaurant | C-111 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DinJia | Din Jia, Inc. | C-115 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KudchaSh | Sheela Kudchadker DDS, MS, PA | C-119 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| buff04 | Buffalo Wild Wings | C-123 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 9,991.12 | 0.00 | 2,683.49 | 1,245.48 | 4,250.59 | 1,811.56 | -31.73 |

In re  **Pearland Sunrise Lake Village I LP**                    Case No.   **10-11926**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Pearland Sunrise Lake Village I LP**      Case No.  **10-11926**
                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Claim against Gillman & Allison, P.C. and Frank Spagnoletti for attorneys taken from registry of court without written authorization from debtor | | $760,617.09 |

_____3_____ continuation sheets attached      **Total >**   **$1,782,588.87**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Brazoria County Tax Office**<br>**c/o Ro'Vin Garrett, RTA**<br>**111 E Locust**<br>**Angleton, TX 77515-4682** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**1040 Taxes**<br>COLLATERAL:<br>**real estate**<br>REMARKS:<br><br>VALUE: **$8,471,129.00** | | | | $50,314.58 | |
| **Representing:**<br>**Brazoria County Tax Office** | | **Perdue, Brandon, Fielder, Collins & Mott**<br>**c/o Michael J. Darlow**<br>**1235 North Loop West, Suite 600**<br>**Houston, TX 77008** | | | | Notice Only | Notice Only |
| ACCT #:<br><br>**Cemex Construction Materials, LP**<br>**41 N. Sam Houston Pkwy. East, Suite 550**<br>**Houston, TX 77060** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**property**<br>REMARKS:<br><br>VALUE: **$8,471,129.00** | | | | $29,753.95 | |
| ACCT #:<br><br>**Centerline Capital Group**<br>**Attention: Kathy Patterson**<br>**5521 N. O'Connor Blvd. Suite 600**<br>**Irving, TX 75039** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Property**<br>REMARKS:<br><br>VALUE: **$5,288,612.00** | | | | $13,650,000.00 | $8,361,388.00 |
| | | Subtotal (Total of this Page) > | | | | $13,730,068.53 | $8,361,388.00 |
| | | Total (Use only on last page) > | | | | | |

<u>    1    </u>continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**J.B. Contractors & Development, LLC<br>PO Box 3443<br>Pearland, TX 77588** | | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**property**<br>REMARKS:<br><br><br>VALUE:　　　　**$8,471,129.00** | | | | **$4,844.84** | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this Page) > | **$4,844.84** | **$0.00** |
| | Total (Use only on last page) > | **$13,734,913.37** | **$8,361,388.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **Pearland Sunrise Lake Village I LP**

Case No. ___10-11926___
(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 9941**<br>**Stop 5300**<br>Odgen, UT 84409-0941 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $846.05 | $0.00 | $846.05 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | $846.05 | $0.00 | $846.05 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $846.05 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00 | $846.05 |

In re **Pearland Sunrise Lake Village I LP**                    Case No. <u>10-11926</u>
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**C.A. Garrard Company**<br>**19948 #B Highway 35**<br>**Alvin, TX 77511** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $2,850.00 |
| ACCT #:<br>**City of Pearland**<br>**PO Box 268**<br>**Pearland, TX 77588-2068** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $4,519.84 |
| ACCT #:<br>**Cory Davis Contracting**<br>**957 Nasa Parkway Suite #202**<br>**Houston, TX 77058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $24,625.00 |
| ACCT #:<br>**CrossCheck**<br>**Attention: Gary Baca**<br>**540 El Dorado St. Suite 201**<br>**Pasadena, CA 91101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | X | X | X | $120,120.00 |
| ACCT #:<br>**Direct Energy**<br>**1001 Liberty Ave.**<br>**Pittsburgh, PA 15222** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $26,744.38 |
| ACCT #:<br>**Earl Kirkland**<br>**3206 Bruno Way**<br>**Pearland, TX 77584** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $600.00 |
| | | | | Subtotal > | | $179,459.22 |

Total >

<u>    4    </u> continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Pearland Sunrise Lake Village I LP**                    Case No.   **10-11926**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Filter Services**<br>4560 W. 34th St., Ste. B<br>Houston, TX 77092 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $523.50 |
| ACCT #:<br>**Fire Safe Protection Services, LP**<br>PO Box 3264<br>Houston, TX 77253-3264 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $652.50 |
| ACCT #:<br>**Gilman & Allison**<br>c/o Brenton J. Allison, Douglas Gilman,<br>J.W. Wauson, F. Spagnoletti, M Phillips<br>9307 Broadway - Suite 407<br>Pearland, TX 77584 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | X | X | X | $760,617.09 |
| ACCT #:<br>**Hewitt Air Tex, Inc.**<br>15520 Lee Rd., Suite A<br>Humble, TX 77396 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $5,855.25 |
| ACCT #:<br>**John R. Carlew Trustee of**<br>**John R. Carlew Living Trust**<br>1111 Oak Park Lane<br>Friendswood, TX 77546 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $710,620.36 |
| ACCT #:<br>**Katrina Williams**<br>1306 Canterview Drive<br>Houston, TX 77048 | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $2,563.72 |

Sheet no. **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $1,480,832.42

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Nationwide Insurance**<br>**PO Box 514540**<br>**Los Angeles, CA 90051-4540** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $9,240.95 |
| ACCT #:<br>**O'Conner Commercial Tax Division**<br>**2200 North Loop West, Suite 200**<br>**Houston, TX 77081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $43,987.91 |
| ACCT #:<br>**Old Spring Glass**<br>**20710 Sunshine Lane**<br>**Spring, TX 77388** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $9,669.45 |
| ACCT #:<br>**Page Partners**<br>**2700 Post Oak Blvd. Suite 325**<br>**Houston, TX 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $5,724.00 |
| ACCT #:<br>**Pronote, Inc.**<br>**PO Box 4479**<br>**Houston, TX 77210-4479** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $2,805.21 |
| ACCT #:<br>**Robert's Property Tax, LLC**<br>**PO Box 920817**<br>**Houston, TX 77292-0817** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $27,406.52 |

Sheet no. __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $98,834.04

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Sumsua Interests, Ltd.<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | | DATE INCURRED:<br>CONSIDERATION:<br>Non-Purchase Money<br>REMARKS:<br>trade debt | | | | $700,620.32 |
| ACCT #:<br>T T Elfs & Plaster, LLC<br>4214 Mangum Rd.<br>Houston, TX 77092 | | DATE INCURRED:<br>CONSIDERATION:<br>Non-Purchase Money<br>REMARKS:<br>trade debt | | | | $13,385.00 |
| ACCT #:<br>Texas First Fidelity<br>350 Hickory Creek Rd<br>Marble Falls, TX 78654 | | DATE INCURRED:<br>CONSIDERATION:<br>Non-Purchase Money<br>REMARKS:<br>trade debt | | | | $1,397.50 |
| ACCT #:<br>ThyssenKrupp Elevator Corporation<br>14820 Tomball Pkwy, Suite 190<br>Houstin, TX 77080 | | DATE INCURRED:<br>CONSIDERATION:<br>Non-Purchase Money<br>REMARKS:<br>trade debt | | | | $8,030.50 |
| ACCT #:<br>Unisource Worldwide, Inc.<br>850 N. Arlington Heights, Rd.<br>Itsca, IL 60143 | | DATE INCURRED:<br>CONSIDERATION:<br>Non-Purchase Money<br>REMARKS:<br>trade debt | | | | $683.04 |
| ACCT #:<br>VFP Fire Systems<br>5041 Spencer Hwy, Suite 803<br>Pasadena, TX 77505 | | DATE INCURRED:<br>CONSIDERATION:<br>Non-Purchase Money<br>REMARKS:<br>trade debt | | | | $560.00 |

Sheet no. ___3___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $724,676.36

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Xcess Security Services, Inc.**<br>**8325 Broadway, Suite 202 PMB3**<br>**Pearland, TX 77581** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS:<br>**trade debt** | | | | $2,566.28 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ___4___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $2,566.28

Total >  $2,486,368.32

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Pearland Sunrise Lake Village I LP**                    Case No.  **10-11926**

                                                                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **518 Hair Studios**<br>9415 Broadway, Suite 109<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Al Ricon**<br>Keller Williams Realty<br>2734 Sunrise Blvd., Suite 208<br>Pearland, TX 77584 | parking contract<br>Contract to be ASSUMED |
| **AM Tech Elevator Services**<br>PO Box 730437<br>Dallas, TX 75373-0437 | elevator maintenance<br>Contract to be ASSUMED |
| **Buffalo Wild Wings**<br>9415 Broadway, Suite 123<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Deluxe Nails**<br>9415 Broadway, Suite 107<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |

In re  **Pearland Sunrise Lake Village I LP**     Case No.   **10-11926**
                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Demetrice Safu**<br>Euphoria Salon<br>2734 Sunrise Blvd., Suite 204<br>Pearland, TX 77584 | parking contract<br>Contract to be ASSUMED |
| **DHI Title of Central Texas**<br>2734 Sunrise Blvd., Suite 203<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Din Jia, Inc.**<br>9415 Broadway, Suite 111<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Direct Energy**<br>1001 Liberty Ave.<br>Pittsuburgh, PA 15222 | electricity contract<br>Contract to be ASSUMED |
| **Dr. Aponte and Dr. Harney**<br>2734 Sunrise Blvd., Suite 408<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |

In re **Pearland Sunrise Lake Village I LP**                    Case No.   **10-11926**
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dr. Gina Bonaventura, DDA, PA**<br>2734 sunrise Blvd., Suite 302<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Dr. Gina Bonaventura, DDS, PA**<br>2734 Sunrise Blvd., Suite 302<br>Pearland, TX 77584 | parking contract<br>Contract to be ASSUMED |
| **Dr. Kyle Moses**<br>2734 Sunrise Blvd., Suite 301<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Euphoria Salon**<br>2734 Sunrise blvd., Suite 101<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Farm Bureau Insurance**<br>9415 Broadway, Suite 105<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |

In re **Pearland Sunrise Lake Village I LP**                    Case No. __10-11926__
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Five Diamond Security**<br>1443 West 800 North, Suite 201<br>Orem, UT 854057 | building security (inside)<br>Contract to be ASSUMED |
| **Franklin Fidelity Management, LLC**<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | management agreement<br>Contract to be ASSUMED |
| **George W. Deleon, MD PA**<br>2734 Sunrise Blvd., Suite 402<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Guidry, Butler & Johnson**<br>2734 Sunrise Blvd., Suite 404<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Hope Cochran**<br>2734 Sunrise Blvd., Suite 201<br>Pearland, TX 77584 | tenant contract<br>Contract to be ASSUMED |

In re  **Pearland Sunrise Lake Village I LP**                              Case No.  **10-11926**
                                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hot N Juicy, Inc.**<br>9415 Broadway, Suite 101<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **J. Michael Murray**<br>2734 Sunrise Blvd. Suite 101<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **J.B. Leach and Associates, PLLC**<br>2734 sunrise Blvd., Suite 103<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Jeffrey Achane dba Temple of Faith**<br>2734 Sunrise Blvd., Suite 202<br>Pearland, TX 77584 | tenant lease<br>Contract to be REJECTED |
| **Jennifer Radar & Sabrina Murphy**<br>**Keller Williams Realty**<br>2734 Sunrise Blvd., Suite 208<br>Pearland, TX 77584 | parking contract<br>Contract to be ASSUMED |

In re  **Pearland Sunrise Lake Village I LP**                    Case No.  **10-11926**
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **John Powell III, PC**<br>2734 Sunrise Blvd., Suite 406<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Katrina Williams**<br>1306 Canterview Drive<br>Houston, TX 77048 | tenant deposit<br>Contract to be ASSUMED |
| **Keller Williams Realty**<br>2734 Sunrise Blvd., Suite 208<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Luigi's Pizza & Italian Restaurant**<br>9415 Broadway, Suite 111<br>Pearland, TX 77584 | tenant lease<br>Contract to be ASSUMED |
| **Meritax, LLC**<br>14800 Landmark Blvd., Suite 550<br>Dallas, TX 75254 | reduction of property taxes<br>Contract to be ASSUMED |

In re  **Pearland Sunrise Lake Village I LP**

Case No.   <u>10-11926</u>
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Sheela Kudchadker, DDS, MS, PA** 9415 Broadway, Suite 119 Pearland, TX 77584 | tenant lease Contract to be ASSUMED |
| **Texas First Fidelity** 2208 Willow Pearland, TX 77581 | landscaping contract Contract to be REJECTED |
| **Turner Industries Group, LLC** 2734 Sunrise Blvd., Suite 400 Pearland, TX 77584 | tenant lease Contract to be ASSUMED |
| **Univar USA, Inc.** 2734 Sunrise Blvd., Suite 303 Pearland, TX 77584 | tenant lease Contract to be ASSUMED |
| **Waterstone Loan Services, LLC** 8720 Red Oak Blvd, Suite 300 Charlotte, NC 28217 | restructure loan Contract to be ASSUMED |

In re  **Pearland Sunrise Lake Village I LP**                    Case No.  **10-11926**
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 7*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Wright's Music Studio**<br>9415 Broadway, Suite 201/203<br>Pearland, TX 77584 | parking contract<br>Contract to be ASSUMED |
| **Xcess Security Services, Inc.**<br>8325 Broadway, Suite 202 PMB3<br>Pearland, TX 77581 | security contract-monitor telephone in elevator; fire alarm monitoring<br>Contract to be ASSUMED |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Faye Ausmus**<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | **Centerline Capital Group**<br>Attention: Kathy Patterson<br>5521 N. O'Connor Blvd. Suite 600<br>Irving, TX 75039 |
| **John Carlew**<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | **Centerline Capital Group**<br>Attention: Kathy Patterson<br>5521 N. O'Connor Blvd. Suite 600<br>Irving, TX 75039 |
| **Wayne Ausmus**<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | **Centerline Capital Group**<br>Attention: Kathy Patterson<br>5521 N. O'Connor Blvd. Suite 600<br>Irving, TX 75039 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re  Pearland Sunrise Lake Village I LP          Case No.     10-11926

                                                   Chapter      11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $8,471,129.00 | | |
| B - Personal Property | Yes | 4 | $1,782,588.87 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $13,734,913.37 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $846.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $2,486,368.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 8 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 23 | $10,253,717.87 | $16,222,127.74 | |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ *Operations Manager* _____ of the _____ Partnership _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ 24 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date ____ **8/6/10** ____          Signature _____

**By PSLVI GP, LLC by Wayne Ausmus**
**Operations Manager**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or
both. 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Pearland Sunrise Lake Village I LP**                    Case No.   **10-11926**
                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $648,895.85 | Current Year to date (Jan 2010 to present) |
| $1,402,252.88 | 2009 Income |
| $1,816,782.45 | 2008 Income |

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $410,533.17 | FFM-Owner Capital Contribution for fiscal year 07/08 to 07/10 |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo<br>PO Box 200658<br>Dallas, TX 75320 | May 4, 2010 | $20,000.00 | |

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Expense Distribution | | | |



General Ledger (Accrual)
Sunrise Lake Village, LP - (_srlvLLP)
Months: Jul 2009 - Jul 2010

| Property | Date | Period | Description | Control | Refer | Debit | Remarks |
|---|---|---|---|---|---|---|---|
| | **3202** | | **Owner Contribution: Ausmus** | | | | **= Beginning Balance =** |
| _srlvLLP | 9/9/09 | 9-Sep | (TRX to FFM fr J-10156 | df | | 2,746.46 | TRX to FFM from SRLVI - PC |
| _srlvLLP | 9/11/09 | 9-Sep | (TRX to FFM fr J-10157 | df | | 750 | TRX to FFM from SRLVI - PC |
| _srlvLLP | 9/18/09 | 9-Sep | (TRx to FFM fr J-10158 | df | | 3,000.00 | Trx to FFM from SRLVI - PC |
| _srlvLLP | 9/22/09 | 9-Sep | (Trx to FFM fn J-10159 | df | | 250 | Trx to FFM from SRLVI - PC |
| _srlvLLP | 10/2/09 | 9-Oct | (TRX to FFM) `J-10371 | Trx to F | | 7,500.00 | TRX to FFM |
| _srlvLLP | 10/9/09 | 9-Oct | (TRX to FFM) `J-10372 | TRX to F | | 18,000.00 | TRX to FFM |
| _srlvLLP | 10/15/09 | 9-Oct | (TRX to FFM) `J-10373 | TRX to F | | 1,500.00 | TRX to FFM |
| _srlvLLP | 10/21/09 | 9-Oct | (TRX to FFM) `J-10374 | TRX to F | | 1,900.00 | TRX to FFM |
| _srlvLLP | 10/23/09 | 9-Oct | (TRX to FFM) `J-10375 | TRX to F | | 450 | TRX to FFM |
| _srlvLLP | 11/6/09 | 9-Nov | (TRX to FFM) `J-10426 | TRX to F | | 15,000.00 | TRX to FFM |
| _srlvLLP | 11/9/09 | 9-Nov | (TRX to FFM) `J-10427 | TRX to F | | 7,500.00 | TRX to FFM |
| _srlvLLP | 11/10/09 | 9-Nov | (TRX to FFM) `J-10428 | TRX to F | | 11,000.00 | TRX to FFM |
| _srlvLLP | 11/12/09 | 9-Nov | (TRX to FFM) `J-10429 | TRX to F | | 7,500.00 | TRX to FFM |
| _srlvLLP | 11/13/09 | 9-Nov | (TRX to FFM) `J-10430 | TRX to F | | 2,000.00 | TRX to FFM |
| _srlvLLP | 11/25/09 | 9-Nov | (TRX to FFM) `J-10431 | TRX to F | | 4,500.00 | TRX to FFM |
| _srlvLLP | 12/1/09 | 9-Dec | (Reclass JE Er J-10491 | Reclass | | 7,614.06 | Reclass JE Error-Mgmt Fee Recl |
| _srlvLLP | 12/10/09 | 9-Dec | (TRX to FFM) `J-10530 | TRX to F | | 38,000.00 | TRX to FFM |
| _srlvLLP | 12/18/09 | 9-Dec | (TRX to FFM) `J-10531 | TRX to F | | 22,893.38 | TRX to FFM-Jake's Grill-balanc |
| _srlvLLP | 12/21/09 | 9-Dec | (TRX to FFM) `J-10532 | TRX to F | | 577.02 | TRX to FFM - close account |
| _srlvLLP | 1/7/10 | 10-Jan | (TRX to FFM) `J-10623 | TRX to F | | 20,000.00 | TRX to FFM |
| _srlvLLP | 1/12/10 | 10-Jan | (TRX to FFM) `J-10624 | TRX to F | | 15,000.00 | TRX to FFM |
| _srlvLLP | 1/19/10 | 10-Jan | (TRX to FFM) `J-10533 | TRX to F | | 118 | TRX to FFM - close account |
| _srlvLLP | 1/19/10 | 10-Jan | (TRX to FFM) `J-10625 | TRX to F | | 5,000.00 | TRX to FFM |
| _srlvLLP | 2/2/10 | 10-Feb | (TRX back to I J-10689 | TRX back | | 4,900.00 | TRX back to FFM |
| _srlvLLP | 2/12/10 | 10-Feb | (TRX to FFM) `J-10747 | TRX to F | | 7,500.00 | TRX to FFM |
| _srlvLLP | 2/18/10 | 10-Feb | (TRX to FFM) `J-10748 | TRX to F | | 1,000.00 | TRX to FFM |
| _srlvLLP | 2/24/10 | 10-Mar | (TRX to FFM) `J-10842 | TRX to F | | 2,750.00 | TRX to FFM |
| _srlvLLP | 3/5/10 | 10-Mar | (TRX to FFM) `J-10843 | TRX to F | | 10,000.00 | TRX to FFM |
| _srlvLLP | 3/8/10 | 10-Mar | (TRX to FFM) `J-10844 | TRX to F | | 15,000.00 | TRX to FFM |
| _srlvLLP | 3/19/10 | 10-Mar | (TRX to FFM) `J-10845 | TRX to F | | 6,750.00 | TRX to FFM |
| _srlvLLP | 3/31/10 | 10-Apr | (TRX to FFM) `J-10868 | TRX to F | | 6,250.00 | TRX to FFM |
| _srlvLLP | 4/6/10 | 10-Apr | (TRX to FFM) `J-10869 | TRX to F | | 5,000.00 | TRX to FFM |
| _srlvLLP | 4/7/10 | 10-Apr | (TRX to FFM) `J-10870 | TRX to F | | 5,000.00 | TRX to FFM |
| _srlvLLP | 4/9/10 | 10-Apr | (TRX to FFM) `J-10871 | TRX to F | | 12,500.00 | TRX to FFM |
| _srlvLLP | 4/12/10 | 10-Apr | (TRX to FFM) `J-10872 | TRX to F | | 3,750.00 | TRX to FFM |
| _srlvLLP | 4/15/10 | 10-Apr | (TRX to FFM) `J-10873 | TRX to F | | 2,250.00 | TRX to FFM |
| _srlvLLP | 4/20/10 | 10-Apr | (TRX to FFM) `J-10874 | TRX to F | | 700 | TRX to FFM |
| _srlvLLP | 4/30/10 | 10-May | (TRX to FFM) `J-10924 | TRX to F | | 13,000.00 | TRX to FFM |
| _srlvLLP | 5/4/10 | 10-May | (TRX to FFM) `J-10925 | TRX to F | | 10,000.00 | TRX to FFM |
| _srlvLLP | 5/10/10 | 10-May | (TRX to FFM) `J-10926 | TRX to F | | 12,500.00 | TRX to FFM |
| _srlvLLP | 5/13/10 | 10-May | (TRX to FFM) `J-10927 | TRX to F | | 5,000.00 | TRX to FFM |
| _srlvLLP | 5/20/10 | 10-May | (TRX to FFM) `J-10928 | TRX to F | | 500 | TRX to FFM |
| _srlvLLP | 5/21/10 | 10-May | (TRX to FFM) `J-10929 | TRX to F | | 95 | TRX to FFM |
| _srlvLLP | 6/3/10 | 10-Jun | (TRX to FFM) `J-10972 | TRX to F | | 10,000.00 | TRX to FFM |
| | **3204** | | **Owner Contribution: Carlew** | | | | |
| _srlvLLP | 9/9/09 | 9-Sep | (TRX to FFM fr J-10156 | df | | 2,746.46 | TRX to FFM from SRLVI - PC |
| _srlvLLP | 9/11/09 | 9-Sep | (TRX to FFM fr J-10157 | df | | 750 | TRX to FFM from SRLVI - PC |
| _srlvLLP | 9/18/09 | 9-Sep | (TRx to FFM fr J-10158 | df | | 3,000.00 | TRX to FFM from SRLVI - PC |
| _srlvLLP | 9/22/09 | 9-Sep | (Trx to FFM fn J-10159 | df | | 250 | Trx to FFM from SRLVI - PC |
| _srlvLLP | 10/2/09 | 9-Oct | (TRX to FFM) `J-10371 | Trx to F | | 7,500.00 | TRX to FFM |
| _srlvLLP | 10/9/09 | 9-Oct | (TRX to FFM) `J-10372 | TRX to F | | 18,000.00 | TRX to FFM |
| _srlvLLP | 10/15/09 | 9-Oct | (TRX to FFM) `J-10373 | TRX to F | | 1,500.00 | TRX to FFM |
| _srlvLLP | 10/21/09 | 9-Oct | (TRX to FFM) `J-10374 | TRX to F | | 1,900.00 | TRX to FFM |
| _srlvLLP | 10/23/09 | 9-Oct | (TRX to FFM) `J-10375 | TRX to F | | 450 | TRX to FFM |
| _srlvLLP | 11/6/09 | 9-Nov | (TRX to FFM) `J-10426 | TRX to F | | 15,000.00 | TRX to FFM |
| _srlvLLP | 11/9/09 | 9-Nov | (TRX to FFM) `J-10427 | TRX to F | | 7,500.00 | TRX to FFM |
| _srlvLLP | 11/10/09 | 9-Nov | (TRX to FFM) `J-10428 | TRX to F | | 11,000.00 | TRX to FFM |
| _srlvLLP | 11/12/09 | 9-Nov | (TRX to FFM) `J-10429 | TRX to F | | 7,500.00 | TRX to FFM |
| _srlvLLP | 11/13/09 | 9-Nov | (TRX to FFM) `J-10430 | TRX to F | | 2,000.00 | TRX to FFM |
| _srlvLLP | 11/25/09 | 9-Nov | (TRX to FFM) `J-10431 | TRX to F | | 4,500.00 | TRX to FFM |
| _srlvLLP | 12/1/09 | 9-Dec | (Reclass JE Er J-10491 | Reclass | | 7,614.06 | Reclass JE Error-Mgmt Fee Recl |
| _srlvLLP | 12/10/09 | 9-Dec | (TRX to FFM) `J-10530 | TRX to F | | 38,000.00 | TRX to FFM |
| _srlvLLP | 12/18/09 | 9-Dec | (TRX to FFM) `J-10531 | TRX to F | | 22,893.38 | TRX to FFM-Jake's Grill-balanc |
| _srlvLLP | 12/21/09 | 9-Dec | (TRX to FFM) `J-10532 | TRX to F | | 577.02 | TRX to FFM - close account |
| _srlvLLP | 1/7/10 | 10-Jan | (TRX to FFM) `J-10623 | TRX to F | | 20,000.00 | TRX to FFM |
| _srlvLLP | 1/12/10 | 10-Jan | (TRX to FFM) `J-10624 | TRX to F | | 15,000.00 | TRX to FFM |
| _srlvLLP | 1/19/10 | 10-Jan | (TRX to FFM) `J-10533 | TRX to F | | 118 | TRX to FFM - close account |
| _srlvLLP | 1/19/10 | 10-Jan | (TRx to FFM) `J-10625 | TRX to F | | 5,000.00 | TRX to FFM |
| _srlvLLP | 2/2/10 | 10-Feb | (TRX back to I J-10689 | TRX back | | 4,900.00 | TRX back to FFM |
| _srlvLLP | 2/12/10 | 10-Feb | (TRX to FFM) `J-10747 | TRX to F | | 7,500.00 | TRX to FFM |
| _srlvLLP | 2/18/10 | 10-Feb | (TRX to FFM) `J-10748 | TRX to F | | 1,000.00 | TRX to FFM |
| _srlvLLP | 2/24/10 | 10-Mar | (TRX to FFM) `J-10842 | TRX to F | | 2,750.00 | TRX to FFM |
| _srlvLLP | 3/5/10 | 10-Mar | (TRX to FFM) `J-10843 | TRX to F | | 10,000.00 | TRX to FFM |
| _srlvLLP | 3/8/10 | 10-Mar | (TRX to FFM) `J-10844 | TRX to F | | 15,000.00 | TRX to FFM |
| _srlvLLP | 3/19/10 | 10-Mar | (TRX to FFM) `J-10845 | TRX to F | | 6,750.00 | TRX to FFM |
| _srlvLLP | 3/31/10 | 10-Apr | (TRX to FFM) `J-10868 | TRX to F | | 6,250.00 | TRX to FFM |
| _srlvLLP | 4/6/10 | 10-Apr | (TRX to FFM) `J-10869 | TRX to F | | 5,000.00 | TRX to FFM |
| _srlvLLP | 4/7/10 | 10-Apr | (TRX to FFM) `J-10870 | TRX to F | | 5,000.00 | TRX to FFM |
| _srlvLLP | 4/9/10 | 10-Apr | (TRX to FFM) `J-10871 | TRX to F | | 12,500.00 | TRX to FFM |
| _srlvLLP | 4/12/10 | 10-Apr | (TRX to FFM) `J-10872 | TRX to F | | 3,750.00 | TRX to FFM |
| _srlvLLP | 4/15/10 | 10-Apr | (TRX to FFM) `J-10873 | TRX to F | | 2,250.00 | TRX to FFM |
| _srlvLLP | 4/20/10 | 10-Apr | (TRX to FFM) `J-10874 | TRX to F | | 700 | TRX to FFM |
| _srlvLLP | 4/30/10 | 10-May | (TRX to FFM) `J-10924 | TRX to F | | 13,000.00 | TRX to FFM |
| _srlvLLP | 5/4/10 | 10-May | (TRX to FFM) `J-10925 | TRX to F | | 10,000.00 | TRX to FFM |
| _srlvLLP | 5/10/10 | 10-May | (TRX to FFM) `J-10926 | TRX to F | | 12,500.00 | TRX to FFM |
| _srlvLLP | 5/13/10 | 10-May | (TRX to FFM) `J-10927 | TRX to F | | 5,000.00 | TRX to FFM |
| _srlvLLP | 5/20/10 | 10-May | (TRX to FFM) `J-10928 | TRX to F | | 500 | TRX to FFM |
| _srlvLLP | 5/21/10 | 10-May | (TRX to FFM) `J-10929 | TRX to F | | 95 | TRX to FFM |
| _srlvLLP | 6/3/10 | 10-Jun | (TRX to FFM) `J-10972 | TRX to F | | 10,000.00 | TRX to FFM |

654,487.84

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **Pearland Sunrise Lake Village I LP**

Case No.   **10-11926**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Franklin Fidelity Management, LLC** -managers are Wayne Ausmus/John Carlew | 1/29/10: **$7161.00** 2/5/10; **$7225.00** 3/9/10; $7193 4/1/10; $7193 5/3/10; $7193 5/28/10; $7193 6/30/10; $7193 | **$50,351.00** | |

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cause No. 53091 Southeast Regency Medical Center, LP et al vs. Nationwide Property and Casualty Insurance Company, D&B Consulting LLC et al** | **Suit to recover damages from insurance carrier and agent** | **District Court of Brazoria County, Texas 23rd Judicial District** | **Settled - Proceeds placed in Court Registry** |

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **Pearland Sunrise Lake Village I LP**

Case No.   **10-11926**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

## 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Frank B. Lyon, Attorney at Law 6836 Austin Center Blvd. #150 Austin, TX 78731 | July 9, 2010 | $362.50 plus $1039.50 (filing fee) |

---

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Regions Bank | checking acct. # 6084 | Balance $-0- 12/21/09 |

---

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Pearland Sunrise Lake Village I LP**

Case No.  <u>10-11926</u>
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 273 Sunrise Blvd. Suite 401 Pearland, TX 77584 | Pearland Sunrise Lake Village, LP | Inception till January 2008 |
| 9703 Broadway Suite 101 Pearland, TX 77584 | Pearland Sunrise Lake Village, LP | February 2008 til September 8, 2008 |
| 10516 FM 1431 East Marble Falls, TX 78654 | Pearland Sunrise Lake Village, LP | September 8, 2008 til present |

---

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Pearland Sunrise Lake Village I LP**

Case No.  <u>**10-11926**</u>

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Debra Fryar**<br>**1051 FM 1431 East**<br>**Marble Falls, TX 78654** | **09/08/08 through present** |

---

None ☐ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Debra Fryar**<br>**10516 FM 1431 East**<br>**Marble Falls, TX 78654** | **09/08/08 through present** |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In re:   **Pearland Sunrise Lake Village I LP**

Case No.   **10-11926**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Debra Fryar | 10516 FM 1431 East<br>Marble Falls, TX 78654 |

---

None ☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

## 20. Inventories

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☐  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|
| Pearland Sunrise Lake Village I, GP, LLC<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | General Partner | 1% |
| Sumsua Interests, Ltd.<br>10516 FM 1431 East<br>Marble Falls, TX 78654 | Limited Partner | 49.5% |
| John R. Carlew<br>1111 Oak Park Lane<br>Friendswood, TX 77546 | Limited Partner | 49.5% |

---

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **Pearland Sunrise Lake Village I LP**

Case No.   **10-11926**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### 24. Tax Consolidation Group

None ☑
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds

None ☑
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____ **8/6/10** _____          Signature _____

*By PSLVI GP LLC by Wayne Ausmus*
*Operations Manager*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*