IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re § | | Case No. 10-11926 |
| § | | |
| PEARLAND SUNRISE LAKE VILLAGE I, LP, § | | Chapter 11 |
| § | | |
| Debtor § | | |

### NOTICE OF RE-SET HEARING ON DEBTOR'S DISCLOSURE STATEMENT

Please take notice that the hearing on the Debtor's disclosure statement (docket # 54) before the Honorable H. Christopher Mott in the United States Courthouse, 903 San Jacinto Blvd., Austin, TX 78701, has been rescheduled from April 4, 2011 at 9:00 a.m. Central Time to **May 16, 2011 at 9:30 a.m. Central Time.**

**Date: April 1, 2011**

                                      Respectfully submitted,

                                      **WINSTEAD PC**
                                      5400 Renaissance Tower
                                      1201 Elm Street
                                      Dallas, Texas 75270-2199
                                      (214) 745-5400
                                      (214) 745-5390 (Facsimile)

                                      By:   */s/ Weiting Hsu*
                                           Eli O. Columbus – SBT # 24028062
                                           "Erik" Weiting Hsu – SBT # 24046116

                                      **ATTORNEYS FOR C-III ASSET MANAGEMENT LLC**

### CERTIFICATE OF SERVICE

This is to certify that on April 1, 2011, notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this proceeding pursuant to the Electronic Filing Procedures in this District, and this document will be mailed via U.S. First Class Mail (postage prepaid) on the parties listed below and on Debtor's 20 largest unsecured creditors listed on docket # 6:

Michael McCormick
Counsel for Cross Check Public Adjusters, Inc
1900 West Loop South, Suite 700
Houston, TX 77027
And via email (mmccormick@mccormickhancock.com and jmcneely@mccormickhancock.com)

>  */s/ Weiting Hsu*
>  One of Counsel