**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 16, 2011.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: PEARLAND SUNRISE LAKE VILLAGE I, LP | § § | CASE NO. 10-11926-HCM |
| DEBTOR | § | CHAPTER 11 |

### AGREED ORDER ON MOTION OF UNITED STATES TRUSTEE TO DISMISS CASE OR, IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7

CAME ON to be considered the United States Trustee's Motion to Dismiss Case, or in the Alternative, to Convert Case to a Case under Chapter 7, and the Court finding that the agreement of the parties to set certain deadlines should be approved:

IT IS THEREFORE ORDERED that Debtor shall obtain confirmation of a Plan of Reorganization no later than October 31, 2011. The United States Trustee may, in her sole discretion, extend this deadline until one or more dates certain. If the UST does not agree to extend such deadlines, Debtor may seek modification of these deadlines upon filing a motion to the Court and showing cause for such extension.

It is FURTHER ORDERED that Debtor shall file all delinquent Monthly Operating

1

Reports on or before September 29, 2011; and shall remain current in the filing of Monthly Operating Reports and any applicable post confirmation reports.

It is FURTHER ORDERED that Debtor shall pay by September 29, 2011 to the United States Trustee the appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payment must reflect Debtor's account number and be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. The Debtor shall remain current on the payment of such quarterly fees.

Debtor's failure to comply with this Order and the agreed deadlines (including any extensions of those deadlines) will result in the conversion/dismissal of this case, without further notice and hearing, upon the United States Trustee filing an Order Converting/Dismissing Case describing the noncompliance with the Court.

Agreed

LAW OFFICES OF FRANK B. LYON

Northpoint Centre I - Suite 150
6836 Austin Center Boulevard
Austin, Texas 78731
(512) 345-8964
(512) 345-4393 (fax)

By: */s/Frank B. Lyon*
FRANK B. LYON
State Bar No. 12739800

ATTORNEY FOR DEBTOR

###

Order prepared and submitted by:
Deborah A. Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701